```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF MISSOURI
                         ST. LOUIS DIVISION
```

BRENDA MILLS, M.D.,            )
                               )
            Petitioner,        )        4:08CV310
                               )
      v.                       )
                               )
UNITED STATES OF AMERICA,      )        ORDER AND JUDGMENT
                               )
            Respondent.        )
_____)

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that petitioner's motion to vacate, set aside judgment or, alternatively, correct sentence is denied as untimely.

DATED this 24th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court